# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Nathan Gomez,<br><br>                    Plaintiff,<br><br>      v.<br><br>Leon A. Aberasturi, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-01158-CDS-DJA<br><br>**Order** |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 4). The Court received notice that Plaintiff's mail was not deliverable. (*Id.*). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address or inform the Court whether his current address is correct. The Court notes that public records indicate that Nathan Gomez currently resides at the Southern Desert Correctional Center, which he has listed as his current address. However, the PO Box Plaintiff includes with his address does not match that which the Southern Desert Correctional Center has published on its website. So, the Court will send a copy of this order and the pending report and recommendation to Plaintiff at the address listed on the Southern Desert Correctional Center website.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff must either update his address or inform the Court whether his current address is correct by **August 22, 2024**. Failure to comply with this order may result in a recommendation to the District Judge that this case be dismissed. The Clerk of Court is kindly directed to send a copy of this order and of the report and recommendation (ECF No. 3) to Plaintiff at the address he has listed on the docket and at the below address.

**Nathan Gomez #1271759**
Southern Desert Correctional Center
PO Box 208
Indian Springs, Nevada 89070-0208

DATED: July 23, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE